UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH JOHNSON, | § § | |
| VS. | § § § | CIVIL ACTION NO. 4:18-CV-489 |
| WILMINGTON TRUST, N.A., | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendant Wilmington Trust N.A.'s Motion for Summary Judgment (Doc. #21); Plaintiff Joseph Johnson's response (Doc. #22); Defendant's reply (Doc. #23); and, Judge Stacy's Memorandum and Recommendation (Doc. #24) recommending that the Court grant Defendant's Motion for Summary Judgment. Plaintiff did not file objections to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that the undisputed documentary evidence shows that Plaintiff's claims fail as a matter of law. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. #24) is **ADOPTED** and Wilmington Trust, N.A.'s Motion for Summary Judgment (Doc. #21) is **GRANTED**.

Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of **Final Judgment**.

SIGNED at Houston, Texas, this _12th_ day of June, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE